USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tracy White,

                         Plaintiff,

-against-

Commissioner of Social Security,

                         Defendant.

1:23-cv-11253 (JPO) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall respond to the Commissioner's motion to dismiss, or in the alternative for summary judgment (*see* Comm'r Motion, ECF No. 11), no later than April 3, 2024. The Commissioner shall file any reply no later than April 17, 2024.

    Plaintiff should have received in the mail, as part of the Social Security Information Packet, information regarding the New York County Lawyers Association pro bono program in Social Security cases and the free legal clinic run by the New York Legal Assistance Group. If not, or as a reminder, Plaintiff is encouraged to review the flyer regarding the pro bono program attached to this Order and to review the information regarding the free legal clinic available on the Court's website at https://nysd.uscourts.gov/attorney/legal-assistance.

    Despite confirming Plaintiff's address with her on February 23, 2023 via email, and adding her apartment number to the address on the electronic docket, documents sent to Plaintiff by the Court continue to be returned due to an insufficient address. Plaintiff is reminded that it is her responsibility to maintain a working address with the Court. Plaintiff also is reminded that she may consent to receive electronic service. Instructions and the necessary consent form are

available on the Court's website at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

    A copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

Dated:     New York, New York
            March 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge

**New York County Lawyers Association**
**Social Security SDNY Project**
*Pro Bono Programs*

**To all individuals who have Social Security or Supplemental Security Income cases:**

The New York County Lawyers Association (NYCLA) has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek at (212) 349-0900. We cannot guarantee that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

*Anthe Maria Bova*

Anthe Maria Bova
General Counsel & Director of Pro Bono Programs

---

**A todas las personas que tienen casos de Seguro Social o Seguridad de Ingreso Suplementario:**

El *New York County Lawyers Association* (NYCLA) ha brindado asistencia legal gratuita a miles de personas que no pueden pagar un abogado. Si no puede pagar un abogado, puede calificar para representación legal gratuita en su apelación en el tribunal del 'Southern District of New York.'

Si desea consultar con un abogado, por favor llame a Carolyn A. Kubitschek al (212) 349-0900. No podemos garantizar que todos los que llamen obtengan un abogado, pero estamos comprometidos a brindar representación legal gratuita al mayor número posible de personas en sus apelaciones federales.

Atentamente,

*Anthe Maria Bova*

Anthe Maria Bova
Asesora General y Directora de Programas Pro Bono