```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tracy White,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

1:23-cv-11253 (JPO) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Monday, April 8, 2024 at 2:00 p.m. to discuss a potential waivable conflict arising from the fact that Judge Aaron is a member of the Board of Directors of the New York County Lawyers Association ("NYCLA") and Attorney Bova's service as General Counsel of NYCLA. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
             April 3, 2024

_____
STEWART D. AARON
United States Magistrate Judge