```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tracy White,

                                  Plaintiff,

    -against-

Commissioner of Social Security,

                                Defendant.

1:23-cv-11253 (JPO) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Canon 3D of the Code of Conduct for United States Judges provides (with exceptions not pertinent to this case) that when there are grounds for disqualification in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding only if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and all agree in writing or on the record to waive the disqualification under a procedure independent of the judge's participation. *See* Code of Conduct for United States Judges, Canon 3D (authorizing remittal of disqualification where impartiality might reasonably be questioned).

      On April 3, 2024, the Court entered an Order scheduling a telephone conference for April 8, 2024 regarding a potential waivable conflict arising from the fact that the undersigned is a member of the Board of Directors of the New York County Lawyers Association ("NYCLA") and Attorney Bova serves as General Counsel of NYCLA. (4/3/2024 Order, ECF No. 20.) All parties and lawyers had notice of the basis for disqualification and an opportunity to confer outside my presence. During today's conference, the parties agreed on the record that I should not be

disqualified and I confirmed my willingness to participate in this action. This Order serves to incorporate the agreement in the record of the proceeding.

**SO ORDERED.**

Dated:     New York, New York
           April 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge