**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TRACY WHITE,

                  Plaintiff,                    23 **CIVIL** 11253 (SDA)

      -v-                              **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 8, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, Plaintiff will be offered the opportunity for a hearing.

**Dated:**  New York, New York

      August 8, 2024

                               **DANIEL ORTIZ**
                        **Acting Clerk of Court**

                **BY:**

                      _____
                         **Deputy Clerk**